PAUL J. FISHMAN
United States Attorney
LEAH A BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KS)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>MAYKOL RANGEL-MUNOZ,<br><br>                                   Defendant. | HON. DENNIS M. CAVANAUGH<br><br>Criminal No. 06-538<br><br>**ORDER FOR REMISSION OF FINE** |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this __23__ day of __April__, 2010,

ORDERED, that the balance of the fine imposed on February 6, 2007, in the amount of $4,000.00 is hereby remitted.

_____
DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE